IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KINGSLEY ONUMBU,<br><br>Plaintiff,<br><br>v.<br><br>O'DANIEL MOTOR CENTER, INC.,<br><br>Defendant. | 8:11CV35<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 24th day of January, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge