IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KINGSLEY ONUMBU,** | ) | CASE NO. 8:11CV35 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **O'DANIEL MOTOR CENTER, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion in Limine (Filing No. 89). Having considered the respective arguments of the parties,

IT IS ORDERED:

1. The Plaintiff's Motion in Limine (Filing No. 89) is granted in part, as follows:

   a. The Defendant is precluded, in limine, from presenting or making reference to any letters, orders, or opinions from the Equal Employment Opportunity Commission and/or Nebraska Equal Opportunity Commission with respect to their determinations of the merits of Plaintiff's claim of discrimination; and

   b. The Defendant is precluded, in limine, from presenting evidence of, or making reference to, Plaintiff's other claims of employment discrimination unrelated to the present action;

2. The Plaintiff's Motion in Limine is otherwise denied, without prejudice; and

3. Either party may request a bifurcation of the trial as to issues of liability and damages, to avoid the need for reference to certain evidence that Plaintiff contends is irrelevant and prejudicial, but which Defendant contends is relevant to the question of damages.

DATED this 10th day of April, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge