IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KINGSLEY ONUMBU,** | ) | **CASE NO. 8:11CV35** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER IN LIMINE** |
| | ) | |
| **O'DANIEL MOTOR CENTER, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion in Limine (Filing No. 103). The Plaintiff has not opposed the Motion.

Accordingly,

IT IS ORDERED that the Defendant's Motion in Limine (Filing No. 103) is granted, and the Plaintiff, Kingsley Onumbu, his witnesses, and his attorney, are precluded from asking any questions or providing any testimony, written evidence, or oral evidence regarding prior discrimination lawsuits and administrative claims filed against the Defendant O'Daniel Motor Center, Inc., by individuals other the Plaintiff.

DATED this 4th day of December, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge