IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KINGSLEY ONUMBU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 8:11CV35 |
| vs. ) | |
| ) | |
| O'DANIEL MOTOR CENTER, ) | |
| INC., d/b/a O'DANIEL HONDA, ) | ORDER |
| ) | |
| Defendant. ) | |

Upon notice of settlement given to chambers of Chief Judge Laurie Smith Camp by Robert A. Mooney, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **January 11, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated: December 12, 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge