# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KINGSLEY ONUMBU,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**O'DANIEL MOTOR CENTER, INC. d/b/a O'Daniel Honda,**<br><br>　　　　Defendant. | CASE NO. 8:11CV35<br><br><br>ORDER AND<br>FINAL JUDGMENT |

This matter is before the Court on the parties' joint Stipulation for Dismissal with prejudice. (Filing No. 110.) The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes it should be approved. Each party will pay its own costs, complete record waived. Accordingly,

IT IS ORDERED:

1.　The parties' joint Stipulation for Dismissal with prejudice (Filing No. 110) is approved;

2.　This matter is dismissed with prejudice to a future action; and

3.　Each party will pay its own costs, complete record waived.

Dated this 7th day of January, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Judge